IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-007-MOC-DCK

| | |
|---|---|
| SANDRA CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Consent Motion For Extension Of Time To Respond To Plaintiff's Complaint" (Document No. 3) filed January 11, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Consent Motion For Extension Of Time To Respond To Plaintiff's Complaint" (Document No. 3) is **GRANTED**. Defendant shall have up to and including **February 3, 2022** to answer or otherwise respond to Plaintiff's Complaint.

**SO ORDERED**.

Signed: January 11, 2022

David C. Keesler
United States Magistrate Judge